74,472-05

# 397TH JUDICIAL DISTRICT COURT
### GRAYSON COUNTY JUSTICE CENTER
### 200 SOUTH CROCKETT STREET
### SHERMAN, TX 75090
### (903) 813-4311

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 3 0 2015

Abel Acosta, Clerk

November 16, 2015

Dear Mr. Wade:

Please be advised that the Court needs an Order of Expunction sent in regarding Case # CV-15-1294. Please mail an Order of Expunction to the District Clerk's Office (200 S. Crockett Street Ste. 120-A) so it can be presented to the 397th Court for signing.

Sincerely,

Jennifer Trusty
Court Coordinator
397th District Court

Jennifer Trusty
Court Coordinator
397th District Court                                    11/24/2015.


Dear Mrs.Trusty;

       I Received your Letter Today Thru the Mail Office here at the
Stevenson Unit. Informing Me to send a **ORDER** for the Expunction that
was filed on Augest/20/2015. I am Certain that the Expunction had an
Order in it and Dont Understand why it took Three Months to be Informed
of this ? September/21/2015 I Received a letter from Shleana Brinkley
[Deputy District Clerk] Stating only: More Documents Needed to be Filed.
[Somewhat Vague and Not Informative].
None the Less, Thank you for your Letter and I Have Sent Another **Order**
for the Original Petition for Expunction of Records on Case # **CV-15-1294**
Again, Thank you for All your Help.




                              Sincerely,


                              Michael C.Wade, Applicant

CC: Court of Criminal Appeals of Texas




                              COPY

Court of Criminal Appeals of Texas

11/24/2015

In Re: Tr.Ct.No.046500          **WR-74,472-05**

Dear Honorable Judges,

          Just Received this Letter from Grayson County and was forwarding it to you with My Responce for Your file's.

                              Thank You, Very Much.

                              Michael C.Wade